**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: J.C.C., A MINOR : No. 157 MAL 2019
:
:
PETITION OF: C.L.C., BIOLOGICAL : Petition for Allowance of Appeal from
FATHER : the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.